IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-02200-WYD-KMT

LAURA RIVAS-VALERO,

    Plaintiff,

v.

CONTINENTAL AIRLINES, INC.,

    Defendant.

---

## ORDER

---

    Pursuant to Continental Airlines, Inc.'s Withdrawal of its Motion for Partial Dismissal (ECF No. 16 filed November 24, 2010), it is

    ORDERED that Continental Airlines, Inc.'s Motion for Partial Dismissal filed November 8, 2010 (ECF No. 8) is **DENIED AS MOOT**.

    Dated this 29th day of November, 2010.

                                                     BY THE COURT:

                                                     s/ Wiley Y. Daniel
                                                     WILEY Y. DANIEL,
                                                     CHIEF UNITED STATES DISTRICT JUDGE