IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 10-cv-02200-WYD-KMT

LAURA RIVAS-VALERO,

    Plaintiff,

v.

CONTINENTAL AIRLINES, INC.,

    Defendant.

---

## ORDER OF DISMISSAL

---

THIS MATTER is before the Court on the parties' Agreed Stipulation of Dismissal with Prejudice filed March 31, 2011.  The Stipulation seeks a dismissal of the case with prejudice pursuant to a settlement that resolves all disputes between the parties.  After a careful review of the Stipulation and the file, it is

ORDERED that the Agreed Stipulation of Dismissal with Prejudice is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, with the parties to bear their own attorney fees and costs.

    Dated: April 4, 2011

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    Chief United States District Judge